WOLF MARKS, Respondent, *v.* NAMBIL REALTY Co., INC., Appellant.

*Appeal — motion to dismiss appeal denied.*

Reported below, 218 App. Div. 763.
(Submitted March 28, 1927; decided April 5, 1927.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first

judicial department, entered December 8, 1926, affirming a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground of failure to perfect the appeal as required by sections 592 and 593 of the Civil Practice Act.

*Charles Marks* for motion.

*Joseph F. Hanley* and *Alfred W. Andrews* opposed.

Motion denied, with ten dollars costs.